IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JODY RABY, RICKEY H THOMAS, | * |
| Plaintiffs, | * |
| v. | Case No.  5:23-cv-231-CAR-MSH |
| | * |
| ANGELA REAVES, et al. , | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 17th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk